**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 124 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| LATEISHA HARLEY, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The arraignment and initial conference scheduled for Wednesday, March 13, 2024 at 9:45 A.M. will take place in Courtroom 17B.

Dated: March 7, 2024
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.