# PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
### 30 EAST 33RD STREET
### 6TH FLOOR
### NEW YORK, N.Y. 10016

DANIEL S. PARKER  
MICHAEL CARMODY

TELEPHONE: (212) 239-9777  
FACSIMILE: (212) 239-9175  
DanielParker@aol.com

April 10, 2024

**By ECF and email**  
Hon. Richard M. Berman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #:* _____  
*DATE FILED: 4/10/24*

Re: **United States v. Lateisha Harley**  
**24 Cr 124 (RMB)**

Dear Judge Berman:

    I write requesting that the Court temporarily amend the conditions of Ms. Harley's bail and allow her to travel to Atlantic City so that she can attend an engagement party from April 22-24, 2024.

    I have conferred with Pre-trial Officer Meherun Mayer, who does not object, as well as AUSA Meredith Foster, who "defers to Pre-trial."

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter.

*Application granted.*

Cc: AUSA M. Foster  
     PO Mayer (by email)  
SO ORDERED:  
Date: 4/10/24  /s/ Richard M. Berman  
Richard M. Berman, U.S.D.J.

Respectfully submitted,

*Daniel S. Parker*  
Daniel S. Parker  
Parker and Carmody, LLP  
30 East 33rd St., 6th Floor  
New York, NY 10016  
DanielParker@aol.com  
Cell:  917-670-7622