**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

May 15, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/24

**By ECF and email**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Lateisha Harley**
24 Cr 124 (RMB)

Dear Judge Berman:

    I write requesting that the Court temporarily amend the conditions of Ms. Harley's bail and allow her to travel to Baltimore so that she can attend an aunt's 90ᵗʰ birthday party from this Friday through Sunday, May 17-19.

    I have conferred with Pre-trial Officer Meherun Mayer and AUSA Meredith Foster, who do not oppose this application.

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter.

_Application granted on consent._

Respectfully submitted,
*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33ʳᵈ St., 6ᵗʰ Floor
New York, NY 10016
DanielParker@aol.com
Cell: 917-670-7622

Cc: AUSA M. Foster
PO Mayer (by email)

SO ORDERED:
Date: 5/15/24   *Richard M. Berman*
Richard M. Berman, U.S.D.J.