**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                Government,   :   24 CR. 124 (RMB)
                                                  :
      - against -                                :   **ORDER**
                                                  :
                                                  :
LATEISHA HARLEY,                                  :
                                                  :
                Defendant.    :
-------------------------------------------------------------x

        The status conference scheduled for Tuesday, May 21, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: May 15, 2024
       New York, NY

                                  RICHARD M. BERMAN
                                      U.S.D.J.