**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**DANIEL S. PARKER**                                                                                       TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                       FACSIMILE:  (212) 239-9175
                                                                                                                       DanielParker@aol.com

May 22, 2024

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v.  Lateisha Harley**
**24 Cr 124 (RMB)**

Dear Judge Berman:

    I write requesting that the Court temporarily amend the conditions of Ms. Harley's bail and allow her to travel to Baltimore so that she can attend a family event from this Friday through Monday, May 24-27.

    Ms. Harley also requests permission to travel to West Palm Beach to attend her daughter's birthday party from June 28 to July 2, 2024.

    I have conferred with Pre-trial Officer Meherun Mayer and AUSA Meredith Foster, who do not oppose this application.

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter.

Applications granted on consent.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016

SO ORDERED:
Date: 5/23/24
Richard M. Berman, U.S.D.J.

                                                  DanielParker@aol.com
                                                  Cell:    917-670-7622

Cc:  AUSA M. Foster
      PO Mayer (by email)
      PO Kristen Alperti (By ECF and email)