**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                   :

               Government,    :    24 CR. 124 (RMB)
                                   :

      - against -            :    **ORDER**
                                   :
                                   :

LATEISHA HARLEY,               :
                                   :

           Defendant.     :
--------------------------------------------------------------x

The status conference scheduled for Wednesday, July 24, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: July 17, 2024
      New York, NY

_____
    RICHARD M. BERMAN
        U.S.D.J.