**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                          TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                    FACSIMILE:  (212) 239-9175
                                                                                                          DanielParker@aol.com

August 16, 2024

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Lateisha Harley**
**24 Cr 124 (RMB)**

Dear Judge Berman:

    I write requesting that the Court temporarily amend the conditions of Ms. Harley's bail and allow her to travel to Las Vegas so that she can attend an 80th birthday family celebration from September 12-15.

    I have conferred with Pre-trial Officer Meherun Mayer, who do not oppose this application. If approved, Ms. Harley will provide itinerary details to Officer Mayer. I have conferred with AUSA Meredith Foster, who "defers to Pre-trial."

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:   917-670-7622

Application granted.

SO ORDERED:
Date: 8/19/24
Richard M. Berman, U.S.D.J.