**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                                         :
                    Government,             :        24 CR. 124 (RMB)
                                                                         :
      - against -                               :        **ORDER**
                                                                         :
LATEISHA HARLEY,                                  :
                                                                         :
                    Defendant(s).            :
-----------------------------------------------------------------x

        The plea scheduled for Tuesday, September 24, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: September 18, 2024
        New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.