**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

November 15, 2024

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Lateisha Harley**
24 Cr 124 (RMB)

Dear Judge Berman:

    I write requesting that the Court temporarily amend the conditions of Ms. Harley's bail and allow her to travel to South Carolina from November 22-24 to attend a wake and funeral of her aunt who passed away.

    I have conferred with Pre-trial Officer Meherun Mayer and AUSA Meredith Foster, who do not oppose this application.

    Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter.

Application granted.

SO ORDERED:
Date: 11/15/2024
Richard M. Berman, U.S.D.J.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33ʳᵈ St., 6ᵗʰ Floor
New York, NY 10016
DanielParker@aol.com
Cell:    917-670-7622