**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                              :
                              Government,          :          24 CR. 124 (RMB)
                                                              :
            - against -                                  :          **ORDER**
                                                              :
                                                              :
LATEISHA HARLEY,                                  :
                                                              :
                              Defendant.             :
-------------------------------------------------------------x


        The sentencing scheduled for Tuesday, February 25, 2025 at 12:00 P.M. will take

place in Courtroom 17B.



Dated: February 19, 2025
          New York, NY




                                            _____ *Richard M. Berman* _____
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.