**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33rd STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

August 8, 2025

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application to return Ms. Harley's passport granted
>
> SO ORDERED:
> Date: 8/12/25   /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re: United States v. Lateisha Harley
24 Cr 124 (RMB)

Dear Judge Berman:

    I write requesting that the Court order the return of Ms. Harley's passport which she surrendered as a condition of her bail.

    Ms. Harley was sentenced to a period of incarceration of 5 months. She surrendered on April 7, 2025 and she was released from incarceration on August 6, 2025.

    On February 25, 2024, the Court denied Ms. Harley's request for the return of her passport with leave to seek the return of her passport after she surrendered. (Dkt. 43)  Now that she has completed her prison sentence, we respectfully request that the Court order the return of her passport.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter directing that Pre-trial Services return Ms. Harley's passport to her.

    Thank you for your attention to this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All Parties (By ECF)