**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                                                                :
       Government,      :     24 CR. 124 (RMB)
                                                                                :
 - against -                                              :     **ORDER**
                                                                                :
                                                                                :
LATEISHA HARLEY,                                      :
                                                                                :
       Defendant.          :
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 10, 2025 at 9:30 A.M. will take place in Courtroom 17B.

Dated: September 3, 2025
   New York, NY

            _____
              RICHARD M. BERMAN
                U.S.D.J.