**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

September 12, 2025

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Lateisha Harley</u>
24 Cr 124 (RMB)

Dear Judge Berman:

I write requesting that the Court reappoint me pursuant to the Criminal Justice Act (CJA) to represent Ms. Harley *nunc pro tunc* to February 28, 2025.

After Ms. Harley was sentenced, I continued to speak with her and handle matters relating to her case. Upon her release from custody, the Court scheduled a supervised release hearing and others will follow..

Accordingly, if the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter and I will notify the CJA clerk's office.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,
*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:   917-670-7622

Application for reappointment granted.

SO ORDERED:
Date: 9/15/25
*Richard M. Berman*
Richard M. Berman, U.S.D.J.