UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Government,      :      24 CR. 124 (RMB)
                                         :
   - against -                           :      **ORDER**
                                         :
                                         :
LATEISHA HARLEY,                         :
                                         :
               Defendant.       :
-------------------------------------------------------------x

      The supervised release hearing scheduled for Tuesday, October 21, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 15, 2025
       New York, NY

                                         _____
                                             RICHARD M. BERMAN
                                                 U.S.D.J.