UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,    :     21 CR. 124 (RMB)
                                             :
            - against -                 :     **ORDER**
                                             :
LATEISHA HARLEY,                             :
                                             :
                          Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 19, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 285 723 107#

Dated: November 12, 2025
      New York, NY

                                                 */s/ Richard M. Berman*
                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**