**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,      :

      :

              Government,     :     24 Cr. 124 (RMB)

      :

      - against -           :     **ORDER**

      :

      :

LATEISHA HARLEY,      :

      :

              Defendant.     :

---------------------------------------------------------------x

The supervised release hearing scheduled for January 21, 2026 at 11:00 A.M. will take place on Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 15, 2026
     New York, NY

 

_____
**RICHARD M. BERMAN**
**U.S.D.J.**