**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                              :

                                          :

                              Government,             :             24 Cr. 124 (RMB)

                                          :

          - against -                          :             **ORDER**

                                          :

LATEISHA HARLEY,                              :

                                          :

                              Defendant.              :

-------------------------------------------------------------x

 

The supervised release hearing is scheduled for March 3, 2026 at 1:00 P.M. on

Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
       New York, NY

 

                                    _____
                                    **RICHARD M. BERMAN**
                                    **U.S.D.J.**