**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,          :        24 Cr. 124 (RMB)
                                                   :
              - against -                          :        **ORDER**
                                                   :
                                                   :
LATEISHA HARLEY,                                   :
                                                   :
                              Defendant.           :
------------------------------------------------------------------x

      The supervised release hearing previously scheduled for March 3, 2026 at 1:00 P.M. is hereby rescheduled to March 26, 2026 at 10 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 27, 2026
      New York, NY

                                     _RMB_

                              **RICHARD M. BERMAN**
                                    **U.S.D.J.**