**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                   Government,           24 Cr. 124 (RMB)

       - against -               **ORDER**

LATEISHA HARLEY,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The supervised release hearing is scheduled for May 12, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                                 **RICHARD M. BERMAN**
                                      **U.S.D.J.**