**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

             :

           Government,      :      24 CR. 124 (RMB)

             :

      - against -         :      **ORDER**

             :

LATEISHA HARLEY,          :

             :

         Defendant.      :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 2, 2026 at

10:00 A.M.

The court will send the link via email.

Dated: June 24, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**