**PARKER AND CARMODY, LLP**
**ATTORNEYS AT LAW**

**DANIEL S. PARKER**
**MICHAEL CARMODY**

**TELEPHONE: (917) 67-0-7622**
**FACSIMILE: (212) 239-9175**
**DanielParker @aol.com**

July 20, 2026

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Lateisha Harley**
**24 Cr 124 (RMB)**

Dear Judge Berman:

I write on behalf of Lateisha Harley, requesting that the Court temporarily modify her conditions of Probation and allow her to travel on a family trip from August 24 to August 28th.

Ms. Harley's parents are celebrating their anniversary and there is a family cruise scheduled that will depart from Ft. Lauderdale, FL and cruise international waters.

Because the trip involves travel outside of the country, Probation requires that Ms. Harley seek approval from the Court. I have conferred with PO Michael Estreicher and Probation takes no position.

As the Court knows from our regularly scheduled VOSR conferences, Ms. Harley has been fully compliant with all of her conditions of supervision despite obstacles that she has faced securing employment. Given her financial situation, her family is paying her fare for this trip.

If the foregoing application meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter temporarily amending her conditions of supervision and allowing her to go on this family cruise.

Thank you for your consideration.

Respectfully,

*Daniel S. Parker*
Daniel S. Parker

Application respectfully denied. Especially in the absence of Probation and AUSA responses.

**SO ORDERED:**
**Date:** 7/30/26

*Richard M. Berman*
**Richard M. Berman, U.S.D.J.**