**PARKER AND CARMODY, LLP**
**ATTORNEYS AT LAW**

**DANIEL S. PARKER**
**MICHAEL CARMODY**

**TELEPHONE: (917) 67-0-7622**
**FACSIMILE: (212) 239-9175**
**DanielParker @aol.com**

July 30, 2026

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Lateisha Harley**
**24 Cr 124 (RMB)**

Dear Judge Berman:

I write on behalf of Lateisha Harley, requesting that the Court reconsider its denial of her request to temporarily modify her conditions of Probation and allow her to travel on a family trip from August 24 to August 28th. (Dkt. 67)

After receiving the Court's decision, I conferred with Probation Officer Michael Estreicher who told me that Probation "supports" Ms. Harley's request and "does not oppose" this application.

Thereafter, I spoke with AUSA Meredith Foster, who advised me that given Probation's position, she continues to defer to Probation and does not oppose this application.

Based on the foregoing, I respectfully request that Your Honor "So Order" this letter temporarily amending her conditions of supervision and allowing her to go on this family cruise.

Thank you for your (re)consideration in this matter.

Application granted.

SO ORDERED:
Date: 7/31/26

Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully,

Daniel S. Parker

Daniel S. Parker