**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 Cr. 124 (RMB)

- against - : **ORDER**

LATEISHA HARLEY, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for September 8, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**