**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

LATEISHA HARLEY,

Defendant.

---------------------------------------------------------------x

24 CR. 124 (RMB)

**ORDER**

The supervised release hearing is scheduled for Tuesday, November 17, 2026 at 10:00 A.M.

The court will send the link via email.

Dated: November 12, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**