**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

LATEISHA HARLEY,

Defendant.

24 Cr. 124

**ORDER**

The Court hereby orders that Ms. Lateisha Harley's term of supervised release is terminated early effective November 17, 2026 for the reasons stated on the transcript of the November 17, 2026 supervised release hearing. *See* Tr. of Proceedings held on November 17, 2026.

Date: November 17, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**